No. 70–5395.   Roberts et al. v. Harder, Commissioner of Welfare of Connecticut.   C. A. 2d Cir. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Lynch* v. *Household Finance Corp., ante,* p. 538.

No. A–974.   In re Resignation of Gerber.   Albert B. Gerber, of Philadelphia, Pennsylvania, having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice in this Court.

No. 70–223.   Central Hardware Co. v. National Labor Relations Board et al.   C. A. 8th Cir.   [Certiorari granted, 404 U. S. 1014.]   Motion of respondent Retail Clerks Union for additional time for oral argument granted and 10 minutes allotted for that purpose. Petitioner also allotted 10 additional minutes for oral argument.

No. 70–283.   Adams, Warden v. Williams.   C. A. 2d Cir.   [Certiorari granted, 404 U. S. 1014.]   Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 71–452.   Healy et al. v. James et al.   C. A. 2d Cir.   [Certiorari granted, 404 U. S. 983.]   Motion of Associated Students of San Francisco State College et al. for leave to file a brief as *amici curiae* denied.

No. 71–857.   Evco, dba Evco Instructional Designs v. Jones, Commissioner of Bureau of Revenue, et al.   Ct. App. N. M.   [Certiorari granted, *ante,* p. 953.]   Motion of petitioner to dispense with printing appendix and to proceed on original record granted.